```
CASE: 4:10-cv-01031

DETAILS: Case transferred from Texas Southern
has been opened in Southern District of Illinois
as case 3:10-cv-20281, filed 05/04/2010.
```